9.17.15

Mr. Christopher Prine
301 Fannin St.
Houston TX 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 24 2015

CHRISTOPHER A PRINE
CLERK _____



RE: Patrick Hurd 1917947

I am writing this letter in reference to my appeal case for Burg. of a building enhanced to a second degree felony. Cause no: 01-14-00496-CR out of Austin County Belluille Texas. I am writing this letter asking that it be put in file that I have moved from Holliday Unit, 295 I H 45 North, Huntsville Tx 77320 and am now located at Travis StateJail, 8101 FM 969, Austin Tx 78724. I also would like to know whats going on in my appeal. My lawyer sent in my briefing on 2.4.15 and I still haven't heard any thing from the courts or my lawyer and I also wrote to you concerning this situation with the lawyer so any information that you may give me is highly appreciated Thank you for your time and Consideration

Yours Truly
Patrick Hurd 1917947
Travis State Jail
8101 FM 969
Austin Tx 78724

PATRICK HUGO 1919447
**TRAVIS COUNTY STATE JAIL**
8101 FM 969
Austin TX 78724

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 24 2015

CHRISTOPHER A. PRINE
CLERK

7700220606899

AUSTIN TX 787
RIO GRANDE DISTRICT
22 SEP 2015 PM 5 L

Mr. Christopher Prine
Court of Appeals Clerk
301 Fannin St.
legal
Houston, TX 77002-7006

FOREVER
USA
2014

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION